US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 07 2020

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| UNITED STATES OF AMERICA | No. 6:20CR60033-001 |
|---|---|
| v. | 18 U.S.C. § 1470 |
| AARON EDWARD BRIGGS | 18 U.S.C. §§ 2251(a) and (e) |
| | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |

**REDACTED INDICTMENT**

The Grand Jury Charges:

**COUNT 1**
(Knowing Distribution of Image of Minor Engaged in Sexually Explicit Conduct)

On or about June 1, 2019, in the Western District of Arkansas, Hot Springs Division, and elsewhere, the Defendant, AARON EDWARD BRIGGS, knowingly distributed a visual depiction using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce and contains materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**COUNT 2**
(Production of Image of Minor Engaged in Sexually Explicit Conduct)

Between on or about June 1, 2019, and on or about June 11, 2019, in the Western District of Arkansas, Hot Springs Division, and elsewhere, the Defendant, AARON EDWARD BRIGGS, did employ, use, persuade, induce, entice and coerce a minor, namely, Jane Doe, with intent that Jane Doe engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any

means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
(Transfer of Obscene Material to a Minor)

On or about September 26, 2019, in the Western District of Arkansas, Hot Springs Division, and elsewhere, the Defendant, AARON EDWARD BRIGGS, using any facility and means of interstate and foreign commerce, knowingly transferred obscene matter to another individual, namely, Jane Doe, who had not attained the age of 16 years, knowing that Jane Doe had not attained the age of 16 years, and attempted to do so.

All in violation of Title 18, United States Code, Section 1470.

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

By: *Kyra E. Jenner* (signature)

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Kyra.Jenner@usdoj.gov