IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Oct 7, 2020

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 6:20CR60033-001 |
| | ) |
| AARON EDWARD BRIGGS | ) |

PETITION AND ORDER FOR WRIT
<u>HABEAS CORPUS AD PROSEQUENDUM</u>

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **AARON EDWARD BRIGGS**, Defendant herein, is now confined in the Hot Spring County Jail, and is being held by the Sheriff thereof.

2. It is requested that said Defendant be brought before the United States District Court, Western District of Arkansas, Hot Springs, Arkansas, for proceedings on the charges now pending against him and said Defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas

To the Sheriff, Hot Spring County Jail, Malvern, Arkansas

requiring them to produce the body of the said Defendant before this Court, **Hot Springs, Arkansas, on October 28, 2020 at 10:00 a.m.**

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Kyra.Jenner@usdoj.gov

IT IS SO ORDERED this 7th day of October, 2020.

_____
Honorable Mark E. Ford
United States Magistrate Judge