AO 442 (Rev. 01/09) Arrest Warrant

US DISTRICT COURT
~~WESTERN DIST ARKANSAS~~
FILED

MAR 19 2021

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Hot Springs Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | No. 6:20CR60033-001 |
| Aaron Edward Briggs | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**Aaron Edward Briggs**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

One Count of knowing distribution of image of minor engaged in sexually explicit conduct in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1), one count of production of image of minor engaged in sexually explicit conduct in violation of Title 18 U.S.C. §§ 2251(a) and (e) and one count of transfer of obscene material to a minor in violation of title 18 U.S.C. § 1470.

Date: October 7, 2020

_Laura L. Wolfe_
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Douglas F. Young, U.S. Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/8/20, and the person was arrested on *(date)* 10/26/20
at *(city and state)* Malvern, AR

Date: 10/26/20

_Jeff Landry, DU.S.M.?_
*Arresting officer's signature*

Jeff Landry, DUSM
*Printed name and title*