**EXHIBIT 1**

*National Defense* includes treason, sabotage, espionage, evasion of military service, prohibited financial transactions and exports, providing material support to designated foreign terrorist organizations, nuclear, biological, and chemical weapons, and weapons of mass destruction. This category includes offenders sentenced under §§2M1.1, 2M2.1, 2M2.2 (deleted), 2M2.3, 2M2.4 (deleted), 2M3.1, 2M3.2, 2M3.3, 2M3.4, 2M3.5, 2M3.6 (deleted), 2M3.7 (deleted), 2M3.8 (deleted), 2M3.9, 2M4.1, 2M5.1, 2M5.2, 2M5.3, 2M6.1, and 2M6.2 of the *Guidelines Manual*.

*Obscenity/Other Sex Offenses* includes failure to register as a sex offender, recordkeeping offenses involving production of sexually explicit material, and importing, mailing, transporting, or broadcasting obscene material. This category includes offenders sentenced under §§2A3.5, 2A3.6, 2G2.5, 2G3.1, and 2G3.2 of the *Guidelines Manual*.

*Prison Offenses* includes contraband in prisons, riots in federal facilities, and escape. This category includes offenders sentenced under §§2P1.1, 2P1.2, 2P1.3, and 2P1.4 (deleted) of the *Guidelines Manual*.

*Robbery* includes bank robbery, Hobbs Act robbery, post office robbery, other robbery, and carjacking. This category includes offenders sentenced under §2B3.1 of the *Guidelines Manual*.

*Sexual Abuse* includes criminal sexual abuse, sexual abuse of a minor, sexual abuse of a ward, abusive sexual contact, transportation of minor for sex, sex trafficking of children, sex trafficking of adults by force, fraud or coercion, child pornography production, and child exploitation enterprises. This category includes offenders sentenced under §2G1.1 who received a Base Offense Level of 34, and all offenders sentenced under §§2A3.1, 2A3.2, 2A3.3, 2A3.4, 2G1.2 (deleted), 2G1.3, 2G2.1, 2G2.3, and 2G2.6 of the *Guidelines Manual*.

*Stalking/Harassing* includes threatening or harassing communications, hoaxes, false liens, stalking, and domestic violence. This category includes offenders sentenced under §§2A6.1 and 2A6.2 of the *Guidelines Manual*.

*Tax* includes non-payment of taxes, conspiracy to avoid taxes, offenses relating to withholding statements, aiding or advising tax fraud, failing to collect or truthfully account for and pay over taxes, failing to deposit collected taxes in required accounts after notice, alcohol and tobacco tax offenses, and customs taxes. This category includes offenders sentenced under §§2T1.1, 2T1.2 (deleted), 2T1.3 (deleted), 2T1.4, 2T1.5 (deleted), 2T1.6, 2T1.7, 2T1.8, 2T1.9, 2T2.1, 2T2.2, 2T3.1, and 2T3.2 (deleted) of the *Guidelines Manual*.

*Other Miscellaneous Offenses* includes interference with a flight crew, unlawful sale, transportation, possession, manufacturing, or importation of drug paraphernalia, distributing, importing, or exporting listed chemicals, evading reporting or recordkeeping requirements involving chemicals, acquiring a controlled substance by fraud or forgery, border tunnels and subterranean passages, and all other felony and miscellaneous offenses not previously listed in any of the other categories or covered by specific guidelines. This category includes offenders sentenced under §§2A5.2, 2D1.7, 2D1.11, 2D1.12, 2D1.13, 2D2.2, 2D2.3, 2D3.1, 2X5.1, 2X5.2, and 2X7.1 of the *Guidelines Manual*. In addition, this category includes offenders sentenced under §§2X1.1, 2X2.1, 2X3.1, 2X6.1, and 2X7.2 of the *Guidelines Manual* if no underlying guideline was provided.

**Upward Departure**
*Upward Departure* consists of cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form (Departures

9

## Table 6

## SENTENCE LENGTH BY TYPE OF CRIME[1]
## 2nd Quarter 2021 Preliminary Cumulative Data (October 1, 2020, through March 31, 2021)

| TYPE OF CRIME | Mean Months | Median Months | N |
|---|---|---|---|
| TOTAL | 47 | 24 | 25,841 |
| Administration of Justice | 14 | 9 | 247 |
| Antitrust | 2 | 0 | 3 |
| Arson | 88 | 60 | 23 |
| Assault | 51 | 30 | 284 |
| Bribery/Corruption | 19 | 12 | 119 |
| Burglary/Trespass | 21 | 12 | 30 |
| Child Pornography | 109 | 90 | 528 |
| Commercialized Vice | 15 | 6 | 40 |
| Drug Possession | 1 | 0 | 139 |
| Drug Trafficking | 74 | 60 | 7,856 |
| Environmental | 2 | 0 | 77 |
| Extortion/Racketeering | 23 | 12 | 58 |
| Firearms | 48 | 37 | 3,665 |
| Food and Drug | 11 | 3 | 22 |
| Forgery/Counter/Copyright | 14 | 12 | 81 |
| Fraud/Theft/Embezzlement | 20 | 10 | 1,925 |
| Immigration | 12 | 8 | 7,946 |
| Individual Rights | 35 | 3 | 31 |
| Kidnapping | 154 | 125 | 38 |
| Manslaughter | 71 | 51 | 29 |
| Money Laundering | 62 | 36 | 423 |
| Murder | 220 | 198 | 99 |
| National Defense | 35 | 30 | 92 |
| Obscenity/Other Sex Offenses | 21 | 18 | 148 |
| Prison Offenses | 11 | 8 | 263 |
| Robbery | 106 | 95 | 598 |
| Sexual Abuse | 207 | 180 | 468 |
| Stalking/Harassing | 27 | 16 | 104 |
| Tax | 16 | 12 | 185 |
| Other | 2 | 0 | 320 |

[1] Sentences greater than 470 months (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. In addition, the information presented in this table includes conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, Preliminary 2021 Datafile, USSCFY21 (October 1, 2020, through March 31, 2021).

17

## Table 10

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE BY TYPE OF CRIME[1]
### 2nd Quarter 2021 Preliminary Cumulative Data (October 1, 2020, through March 31, 2021)

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | 25,717 | 11,083 | 43.1 | 118 | 0.5 | 2,372 | 9.2 | 2,906 | 11.3 | 1,197 | 4.7 | 8,041 | 31.3 |
| Administration of Justice | 244 | 118 | 48.4 | 0 | 0.0 | 13 | 5.3 | 2 | 0.8 | 14 | 5.7 | 97 | 39.8 |
| Antitrust | 3 | 0 | 0.0 | 0 | 0.0 | 2 | 66.7 | 0 | 0.0 | 0 | 0.0 | 1 | 33.3 |
| Arson | 23 | 10 | 43.5 | 0 | 0.0 | 4 | 17.4 | 0 | 0.0 | 0 | 0.0 | 9 | 39.1 |
| Assault | 281 | 129 | 45.9 | 8 | 2.8 | 9 | 3.2 | 0 | 0.0 | 25 | 8.9 | 110 | 39.1 |
| Bribery/Corruption | 119 | 24 | 20.2 | 0 | 0.0 | 37 | 31.1 | 0 | 0.0 | 4 | 3.4 | 54 | 45.4 |
| Burglary/Trespass | 30 | 19 | 63.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 7 | 23.3 | 4 | 13.3 |
| Child Pornography | 527 | 168 | 31.9 | 3 | 0.6 | 6 | 1.1 | 1 | 0.2 | 25 | 4.7 | 324 | 61.5 |
| Commercialized Vice | 40 | 15 | 37.5 | 0 | 0.0 | 4 | 10.0 | 0 | 0.0 | 2 | 5.0 | 19 | 47.5 |
| Drug Possession | 130 | 119 | 91.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 11 | 8.5 |
| Drug Trafficking | 7,845 | 2,347 | 29.9 | 25 | 0.3 | 1,518 | 19.3 | 678 | 8.6 | 345 | 4.4 | 2,932 | 37.4 |
| Environmental | 76 | 41 | 53.9 | 0 | 0.0 | 7 | 9.2 | 0 | 0.0 | 4 | 5.3 | 24 | 31.6 |
| Extortion/Racketeering | 58 | 21 | 36.2 | 1 | 1.7 | 13 | 22.4 | 0 | 0.0 | 2 | 3.4 | 21 | 36.2 |
| Firearms | 3,661 | 1,852 | 50.6 | 24 | 0.7 | 182 | 5.0 | 3 | 0.1 | 145 | 4.0 | 1,455 | 39.7 |
| Food and Drug | 21 | 12 | 57.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 9 | 42.9 |
| Forgery/Counter/Copyright | 81 | 36 | 44.4 | 1 | 1.2 | 7 | 8.6 | 0 | 0.0 | 3 | 3.7 | 34 | 42.0 |
| Fraud/Theft/Embezzlement | 1,911 | 806 | 42.2 | 15 | 0.8 | 243 | 12.7 | 8 | 0.4 | 87 | 4.6 | 752 | 39.4 |
| Immigration | 7,923 | 4,184 | 52.8 | 15 | 0.2 | 58 | 0.7 | 2,209 | 27.9 | 410 | 5.2 | 1,047 | 13.2 |
| Individual Rights | 27 | 15 | 55.6 | 0 | 0.0 | 2 | 7.4 | 0 | 0.0 | 0 | 0.0 | 10 | 37.0 |
| Kidnapping | 38 | 8 | 21.1 | 0 | 0.0 | 10 | 26.3 | 0 | 0.0 | 3 | 7.9 | 17 | 44.7 |
| Manslaughter | 29 | 12 | 41.4 | 4 | 13.8 | 1 | 3.4 | 0 | 0.0 | 1 | 3.4 | 11 | 37.9 |
| Money Laundering | 422 | 102 | 24.2 | 1 | 0.2 | 106 | 25.1 | 1 | 0.2 | 22 | 5.2 | 190 | 45.0 |
| Murder | 99 | 24 | 24.2 | 1 | 1.0 | 24 | 24.2 | 0 | 0.0 | 9 | 9.1 | 41 | 41.4 |
| National Defense | 91 | 37 | 40.7 | 1 | 1.1 | 10 | 11.0 | 2 | 2.2 | 9 | 9.9 | 32 | 35.2 |
| Obscenity/Other Sex Offenses | 148 | 71 | 48.0 | 3 | 2.0 | 0 | 0.0 | 1 | 0.7 | 9 | 6.1 | 64 | 43.2 |
| Prison Offenses | 257 | 167 | 65.0 | 1 | 0.4 | 7 | 2.7 | 0 | 0.0 | 3 | 1.2 | 79 | 30.7 |
| Robbery | 597 | 229 | 38.4 | 7 | 1.2 | 63 | 10.6 | 0 | 0.0 | 25 | 4.2 | 273 | 45.7 |
| Sexual Abuse | 467 | 186 | 39.8 | 4 | 0.9 | 28 | 6.0 | 0 | 0.0 | 23 | 4.9 | 226 | 48.4 |
| Stalking/Harassing | 104 | 42 | 40.4 | 4 | 3.8 | 0 | 0.0 | 1 | 1.0 | 8 | 7.7 | 49 | 47.1 |
| Tax | 184 | 37 | 20.1 | 0 | 0.0 | 17 | 9.2 | 0 | 0.0 | 10 | 5.4 | 120 | 65.2 |
| Other | 281 | 252 | 89.7 | 0 | 0.0 | 1 | 0.4 | 0 | 0.0 | 2 | 0.7 | 26 | 9.3 |

[1] Of the 25,841 cases, 124 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, Preliminary 2021 Datafile, USSCFY21 (October 1, 2020, through March 31, 2021).

Table 11

**SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE BY PRIMARY SENTENCING GUIDELINE[1]**
2nd Quarter 2021 Preliminary Cumulative Data (October 1, 2020, through March 31, 2021)

| Guideline | Total | Within Guideline Range | Departure Up | §5K1.1 | §5K3.1 | Down | Variance | Guideline | Total | Within Guideline Range | Departure Up | §5K1.1 | §5K3.1 | Down | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| §2A1.1 | 65 | 19 | 0 | 19 | 0 | 4 | 23 | §2D1.8 | 11 | 2 | 0 | 2 | 0 | 1 | 6 |
| §2A1.2 | 15 | 4 | 1 | 2 | 0 | 2 | 6 | §2D1.9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A1.3 | 14 | 3 | 2 | 1 | 0 | 1 | 7 | §2D1.10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A1.4 | 15 | 9 | 2 | 0 | 0 | 0 | 4 | §2D1.11 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| §2A1.5 | 9 | 1 | 0 | 1 | 0 | 1 | 6 | §2D1.12 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| §2A2.1 | 38 | 14 | 0 | 4 | 0 | 2 | 18 | §2D1.13 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| §2A2.2 | 175 | 71 | 7 | 5 | 0 | 21 | 71 | §2D1.14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A2.3 | 36 | 28 | 1 | 0 | 0 | 0 | 7 | §2D2.1 | 53 | 45 | 0 | 0 | 0 | 0 | 8 |
| §2A2.4 | 82 | 48 | 0 | 0 | 2 | 5 | 27 | §2D2.2 | 32 | 26 | 0 | 1 | 0 | 0 | 5 |
| §2A3.1 | 46 | 14 | 0 | 1 | 0 | 4 | 27 | §2D2.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A3.2 | 25 | 14 | 2 | 0 | 0 | 1 | 8 | §2D3.1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| §2A3.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2D3.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A3.4 | 12 | 8 | 0 | 0 | 0 | 2 | 2 | §2D3.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A3.5 | 119 | 61 | 0 | 0 | 1 | 8 | 49 | §2D3.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A4.1 | 37 | 8 | 0 | 10 | 0 | 3 | 16 | §2D3.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A4.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2E1.1 | 18 | 8 | 0 | 2 | 0 | 0 | 8 |
| §2A5.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2E1.2 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| §2A5.2 | 14 | 7 | 0 | 0 | 0 | 0 | 7 | §2E1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A5.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2E1.4 | 4 | 3 | 0 | 0 | 0 | 0 | 1 |
| §2A6.1 | 79 | 36 | 4 | 0 | 1 | 6 | 32 | §2E1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2A6.2 | 23 | 6 | 0 | 0 | 0 | 1 | 16 | §2E2.1 | 2 | 1 | 0 | 1 | 0 | 0 | 0 |
| §2B1.1 | 1,786 | 702 | 14 | 241 | 2 | 84 | 743 | §2E3.1 | 13 | 2 | 0 | 4 | 0 | 0 | 7 |
| §2B1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2E3.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2E3.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B1.4 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | §2E4.1 | 15 | 3 | 0 | 8 | 0 | 0 | 4 |
| §2B1.5 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | §2E5.1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| §2B1.6[2] | 31 | 30 | 0 | 1 | 0 | 0 | 0 | §2E5.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B2.1 | 25 | 15 | 0 | 0 | 0 | 6 | 4 | §2E5.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B2.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2E5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B2.3 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | §2E5.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B3.1 | 590 | 226 | 7 | 63 | 0 | 25 | 269 | §2E5.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B3.2 | 13 | 4 | 0 | 1 | 0 | 2 | 6 | §2F1.1 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| §2B3.3 | 4 | 2 | 1 | 0 | 0 | 0 | 1 | §2F1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B4.1 | 51 | 7 | 0 | 20 | 0 | 2 | 22 | §2G1.1 | 27 | 9 | 0 | 3 | 0 | 1 | 14 |
| §2B5.1 | 57 | 33 | 0 | 5 | 0 | 3 | 16 | §2G1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2B5.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2G1.3 | 151 | 67 | 2 | 10 | 0 | 4 | 68 |
| §2B5.3 | 21 | 3 | 0 | 0 | 0 | 0 | 18 | §2G2.1 | 221 | 78 | 0 | 13 | 0 | 12 | 118 |
| §2B5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2G2.2 | 527 | 168 | 3 | 6 | 1 | 25 | 324 |
| §2B6.1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | §2G2.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.1 | 57 | 15 | 0 | 13 | 0 | 2 | 27 | §2G2.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.2 | 8 | 0 | 0 | 4 | 0 | 0 | 4 | §2G2.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | §2G2.6 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| §2C1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2G3.1 | 26 | 10 | 3 | 0 | 0 | 0 | 13 |
| §2C1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2G3.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2H1.1 | 16 | 5 | 0 | 1 | 0 | 0 | 10 |
| §2C1.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2H1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2C1.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2H1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.1 | 7,674 | 2,265 | 23 | 1,500 | 672 | 325 | 2,889 | §2H1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.2 | 121 | 68 | 2 | 12 | 0 | 14 | 25 | §2H1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2H2.1 | 5 | 4 | 0 | 1 | 0 | 0 | 0 |
| §2D1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2H3.1 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| §2D1.5 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | §2H3.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | §2H3.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| §2D1.7 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | §2H4.1 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |