**EXHIBIT 2**



# Quick Facts
## — Sexual Abuse Offenders —

## Fiscal Year 2020

▶ IN FY 2020, 64,565 CASES WERE REPORTED TO THE U.S. SENTENCING COMMISSION.

  ▶ 881 INVOLVED SEXUAL ABUSE OFFENSES.[1]

  ▶ SEXUAL ABUSE OFFENSES HAVE DECREASED BY 19.2% SINCE 2016.



**Number of Sexual Abuse Offenders**



**Primary Sentencing Guideline for Sexual Abuse Offenders FY 2020**

- Production of Child Pornography [2] 47.1%
- Travel for Prohibited Sexual Conduct 34.6%
- Rape 10.5%
- Abusive Sexual Contact 2.9%
- Statutory Rape 3.1%
- Other 1.8%

This document was produced and published at U.S. taxpayer expense. For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.

## Offender and Offense Characteristics[3]

- 92.3% of sexual abuse offenders were men.

- 57.4% were White, 14.2% were Black, 14.1% were Hispanic, 12.5% were Native American, and 1.8% were Other races.
  ♦ 74.5% of offenders in cases involving production of child pornography were White.
  ♦ 57.0% of offenders in cases involving travel for prohibited sexual contact were White and 21.3% were Black.
  ♦ 60.9% of offenders in cases involving criminal sexual abuse (rape) were Native American.
  ♦ 76.0% of offenders in cases involving abusive sexual contact were Native American.
  ♦ 88.9% of offenders in cases involving statutory rape were Native American.

- Their average age was 38 years.

- 95.4% were United States citizens.

- 65.8% had little or no prior criminal history (Criminal History Category I);
  ♦ 9.4% were CHC II;
  ♦ 10.4% were CHC III;
  ♦ 4.3% were CHC IV;
  ♦ 7.1% were CHC V;
  ♦ 3.0% were CHC VI.

- 10.1% of sexual abuse offenders were convicted at trial, compared to 2.2% of all other federal offenders.

- The top five districts for sexual abuse offenders were:
  ♦ Northern District of Texas (46);
  ♦ District of South Dakota (32);
  ♦ Middle District of Florida (28);
  ♦ Eastern District of Pennsylvania (25);
  ♦ Southern District of Texas (25).

## Punishment

- 99.5% of sexual abuse offenders were sentenced to prison; their average sentence was 201 months.

- The average sentence for offenders convicted of production of child pornography was 272 months:
  ♦ 85.0% of these offenders were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 294 months. The average sentence without a mandatory minimum penalty was 146 months.

- The average sentence for offenders convicted of travel to engage in prohibited sexual conduct with a minor was 134 months:
  ♦ 64.7% of these offenders were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 168 months. The average sentence without a mandatory minimum penalty was 71 months.



www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

— *Sexual Abuse Offenders* —

## Punishment (continued)

- The average sentence for offenders convicted of rape was 192 months:
    - 27.5% of these offenders were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 353 months. The average sentence without a mandatory minimum penalty was 129 months.

- The average sentence for offenders convicted of abusive sexual contact was 60 months.

- The average sentence for offenders convicted of statutory rape was 43 months.

## Sentences Relative to the Guideline Range

- 54.6% of sexual abuse offenders were sentenced under the *Guidelines Manual*:
    - 42.4% of all sexual abuse offenders were sentenced within the guideline range.
    - 6.3% of all sexual abuse offenders received a substantial assistance departure.
        - Their average sentence reduction was 47.6%.
    - 5.5% of all sexual abuse offenders received some other downward departure.
        - Their average sentence reduction was 35.1%.

- 45.4% received a variance:
    - 41.7% of all sexual abuse offenders received a downward variance.
        - Their average sentence reduction was 32.6%.
    - 3.7% of all sexual abuse offenders received an upward variance.
        - Their average sentence increase was 33.3%.

### Sentence Relative to the Guideline Range (%)



### Average Guideline Minimum and Average Sentence (months)



### Sentence Imposed Relative to the Guideline Range FY 2020



[1] Sexual abuse offenders are those convicted of Criminal Sexual Abuse – Rape (§2A3.1), Statutory Rape (§2A3.2), Criminal Sexual Abuse of a Ward (§2A3.3), Abusive Sexual Contact (§2A3.4), Promoting a Commercial Sex Act (§2G1.1), Travel to Engage in Prohibited Sexual Conduct with a Minor (§2G1.3), Production of Child Pornography (§2G2.1), or Child Exploitation Enterprises (§2G2.6).

[2] Production of Child Pornography does not include cases where offenders were convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2).

[3] Cases with incomplete sentencing information were excluded from the analysis.

SOURCE: United States Sentencing Commission, FY 2016 through FY 2020 Datafiles, USSCFY16-USSCFY20.